UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

| | | |
|---|---|---|
| TROY YUNCKER, on Behalf of Himself and all Others Similarly Situated, | : | Civil Action No. 11-3299 (ES)(CLW) |
| | : | |
| Plaintiff. | : | **ORDER** |
| v. | : | |
| | : | |
| BAYER HEALTHCARE LLC, | : | |
| | : | |
| Defendant. | : | |

This matter having been opened to the Court upon Movant Diana Stanley's ("Proposed Intervenor") motion to intervene; and the Court having fully considered the motion pursuant to Fed. R. Civ. P. 78; and for the reasons stated in the Court's Opinion accompanying this Order; and for good cause shown;

IT IS on this 15th day of December, 2011,

ORDERED that Proposed Intervenor's motion is **DENIED**; and it is further

ORDERED that the Clerk of the Court is directed to terminate this motion [Dkt. No. 11] accordingly.

s/ Cathy L. Waldor
**HONORABLE CATHY L. WALDOR,**
**United States Magistrate Judge**